UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MARIALINA T TILLMAN,

   Plaintiff,

v.                                                    No. 4:23-cv-00756-P

CITY OF FORT WORTH, ET AL.,

   Defendants.

## ORDER

   The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 11. The Magistrate Judge found that Plaintiff's Motion to Proceeding *in forma pauperis* should be denied in accordance with 28 U.S.C. § 1915. The Magistrate Judge recommended that the complaint be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b), unless Plaintiff pays to the Clerk of Court the filing and administrative fees of $402.00 within seven (7) days of this Court's order.

   Plaintiff did not file any objections. This Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, this Court **AFFIRMS** the Magistrate Judge's reasoning, and **ADOPTS** the findings and conclusion of the Magistrate Judge as the conclusions of the Court.

   The Court therefore finds that Plaintiff's Motion to Proceed *in forma pauperis* (ECF No. 2) is hereby **DENIED**.

   The Court also **ORDERS** Plaintiff to pay to the Clerk of Court the filing and administrative fees of $402.00 within seven (7) days of this order or the complaint will be dismissed without further notice under Federal Rule of Civil Procedure 41(b).

   **SO ORDERED** on this **4th day of October 2023.**

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE